# U.S. Pretrial Services
# Southern District of New York
# M E M O R A N D U M

**DATE:** December 5, 2007

**TO:** Honorable Douglas F. Eaton
U.S. Magistrate Judge

**FROM:** Edward Santos
U.S. Pretrial Services Officer

**SUBJECT:** Amparo, Aneury Luna
07 Cr. 1020
<u>VIOLATION OF RELEASE CONDITIONS</u>

On July 25, 2007, the above noted defendant was arrested and charged with False Statements. He remained detained until he appeared before Magistrate Judge Theodore H. Katz on September 20, 2007 and was released on a $25,000 personal recognizance bond cosigned by 1 financially responsible person, surrender of travel documents with travel restricted to the Southern/Eastern Districts of New York and strict pretrial supervision.

On November 21, 2007, the defendant appeared before Your Honor and entered a plea of guilty. He is scheduled to be sentenced on February 29, 2008 at 10 a.m.

This memorandum is to advise Your Honor that the defendant failed to report to Pretrial Services as instructed on December 3, 2007. Additionally, on December 3rd, Pretrial Services was contacted by Ms. Yilen Nunez, the defendant's girlfriend and cosigner to the bond, who advised us that she has not heard from the defendant since December 2, 2007 and that he failed to appear at his immigration/deportation hearing also scheduled for December 3, 2007.

Pretrial Services notes that Ms. Nunez advises that she believes the defendant has no intention of returning to either federal court or immigration court and expressed a

Page 2
Re: Amparo, Aneury Luna
December 5, 2007

serious concern regarding her obligations as a cosigner. She advised that she is willing to fully cooperate with the U.S. Attorney's Office in locating the defendant.

On December 5, 2007, Pretrial Services conducted an updated criminal record check which revealed no new arrests. Additionally, Pretrial Services contacted the Immigration and Customs Enforcement agency to determine whether a warrant has been issued by their office and we await a response.

Based on the above noted information, PSA believes that the defendant has absconded from the bond and does not intend to return to court. Therefore, Pretrial Services request that a bench warrant be issued as soon as possible.

So ordered: December 6, 2007

--------------------------------
U.S. Magistrate Judge

Respectfully,

Mike Fitzpatrick
U.S. Pretrial Services Officer

Edward Santos, U.S.
Pretrial Services Officer

Reviewed:
--------------------------------
Supervising Pretrial Services Officer

cc: Lee Renzik, Assistant U.S. Attorney
    Manual Portela, Jr., Defense Attoney