```
USDC SDNY
DOCUMENT
ELECTRONICALLY F[IL]
DOC #: _____
DATE FILED: 1/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
UNITED STATES OF AMERICA

       - against -                07 Crim. 1020 (DFE)

ANEURY LUNA AMPARO,
    a/k/a "Luis Rodriguez,"
[a/k/a Aneuris Luna Amparo],         MEMORANDUM AND ORDER

              Defendant.
--------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

     1. On November 21, 2007, Mr. Luna pleaded guilty before me and I directed him to appear for sentencing on February 29, 2008 at 10:00 a.m. in my regular courtroom, Courtroom 18A.

     2. Pretrial Services Officer Santos sent a memorandum dated December 5, 2007 to me, with copies to AUSA Renzin and to Mr. Portela. On December 6, I issued a bench warrant for the arrest of Mr. Luna.

     3. Probation Officer Tyler sent a memorandum dated January 7, 2008 to me with copies to AUSA Renzin and to Mr. Portela. On January 8, I advised Ms. Tyler not to proceed with a presentence report until further notice.

     4. I am now responding to AUSA Renzin's letter to me dated January 15, 2008. I expect AUSA Renzin and Mr. Portela to advise me promptly if either of them learns of Mr. Luna's whereabouts. I am maintaining the sentencing date of February 29, 2008 at 10:00 a.m., and I expect AUSA Renzin and Mr. Portela to appear then. Even if Mr. Luna fails to appear, we will make a record of his loss of contact and any reasons for that loss of contact.

                                      
                                      _____
                                      DOUGLAS F. EATON
                                      United States Magistrate Judge
                                      500 Pearl Street, Room 1360
                                      New York, New York 10007
                                      Telephone: (212) 805-6175
                                      Fax: (212) 805-6181

Dated: New York, New York
       January 18, 2008



Copies of this Memorandum and Order are being sent by mail to:

Lee Renzin, Esq.
Assistant U.S. Attorney
One Saint Andrew's Plaza
New York, NY 10007

Manuel Portela, Jr., Esq.
Portela Law Firm, P.C.
350 Broadway, 10th Floor
New York, NY 10013

Colleen Tyler
Senior U.S. Probation Officer

Edward Santos
U.S. Pretrial Services Officer