UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x        **ECF CASE**

UNITED STATES OF AMERICA,           :
                                            **NOTICE OF APPEARANCE AND**
       Plaintiff,              :   **REQUEST FOR ELECTRONIC**
                                            **NOTIFICATION**
   - v. -                        :

ANEURY LUNA AMPARO,                 :   07 Cr. 1020 (DEF)
  a/k/a "Luis Rodriguez,"
  a/k/a "Aneuris Luna Amparo,"      :

      Defendant.              :

- - - - - - - - - - - - - - - - -x

TO:   Clerk of Court
     United States District Court
     Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney for the
                      Southern District of New York

                      by: /s/_____

                      Amie N. Ely
                      Assistant United States Attorney
                      (212) 637-2214