$25,000 PRB, SIGNED BY 1 FRP, TRAVEL RESTRICTED TO SDNY / EDNY, SURRENDER TRAVEL DOCUMENTS & NO NEW APPLICATIONS, STRICT PRE-TRIAL SUPERVISION.

AO 98 (Rev. 8/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **APPEARANCE BOND** |
|---|---|
| V. | CASE NUMBER |
| LUIS RODRIGUEZ | 07 MAG 1218 |
| Defendant | |

Non-surety:   I, the undersigned defendant acknowledge that I and my...
Surety:   We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ _____25,000_____   , and there has been deposited in the Registry of the Court the sum of

$ __XXXXXXXXXXXXXXXXXXXXX__   in cash or   __XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__
                                                                                                Describe other security

The conditions of this bond are that the defendant   __LUIS RODRIGUEZ__
                                                                                                       Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   September 20, 2007   at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007
                                              Date

Defendant  _Luis Rodriguez_    Address  _130 W 183RD ST 7A_
LUIS RODRIGUEZ

Surety  _Jelin Nunez_    Address  _BRONX NY 10453_

Surety  _____    Address  _____

Signed and acknowledged before me on   September 20, 2007
                                                                                Date

Approved: _____    _____
              Judicial Officer                Judicial Officer/Clerk
              LEE RENZIN

INTERPRETER NEEDED

## DISPOSITION SHEET

AUSA: Renzin  GC

MAGISTRATE'S DOCKET NUMBER: 07-1218

DATE OF ARREST: _____  ☐ VOL. SURRENDER  ☐ ON WRIT
TIME OF ARREST: _____
TIME OF PRESENTMENT: _____

PROCEEDING:  ☐ Rule 5  ☐ Rule 9  ☐ Rule 40  ☒ Detention Hearing  ☐ Other: _____

☐ INTERPRETER NEEDED   LANGUAGE: _____

| | |
|---|---|
| DEFENDANT'S NAME: | Luis Rodriguez |
| COUNSEL'S NAME: | Curtin FA    ☐ RETAINED  ☐ LEGAL AID  ☐ CJA |

### BAIL DISPOSITION

☐ DETENTION  ☐ ON CONSENT W/O PREJUDICE  ☐ SEE DETENTION ORDER
☐ DETENTION HEARING SCHEDULED AT DEFENDANT'S REQUEST FOR _____
☐ AGREED BAIL PACKAGE
☒ $ 25,000  PRB  25,000
☐ _____ FRP
☐ $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL  ☒ STRICT PRETRIAL  ☐ DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING:
   CONDITIONS: _____
☐ DEFENDANT TO BE RELEASED UPON FOLLOWING CONDITIONS:
   _____
   REMAINING CONDITIONS TO BE MET BY _____
☐ OTHER:

**FOR RULE 40 CASES:**
☐ ID HEARING WAIVED         ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____       ☐ ON DEFENDANT'S CONSENT
COMMENTS AND ADDITIONAL PROCEEDINGS:

DATE: 9/20/07

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

WHITE (ORIGINAL) - DEFENDANT'S FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2001) IH - 2

AO 199C     (Rev. 6/97) Advise of Penalties . . .                                                    Page _____ of _____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                                    Telephone