UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | MISDEMEANOR INFORMATION |
| - v. - : | 07 Cr. |
| Aneury Luna Amparo, : a/k/a "Luis Rodriguez," : Defendant. : | **07 CRIM 1020** |

- - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

On or about July 24, 2007, in the Southern District of New York and elsewhere, ANEURY LUNA AMPARO, a/k/a "Luis Rodriguez," the defendant, unlawfully, willfully, and knowingly did possess an identification document, other than one issued lawfully for the use of the possessor, an authentication feature, and a false identification document, with the intent such document and feature be used to defraud the United States, and which identification document, authentication feature, and false identification document is and appears to be issued by and under the authority of the United States, to wit, AMPARO possessed a Social Security card bearing a Social Security number belonging to a person other than himself.

(Title 18, United States Code, Sections 1028(a)(4) & (c)(1).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney