

AUSA Lee Renzin
212-637-2723

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANEURY LUNA AMPARO<br>a/k/a "Luis Rodriguez" | DOCKET NO.<br><br>07 CR 1020 | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>ANEURY LUNA AMPARO<br>a/k/a "Luis Rodriguez" | |
| WARRANT ISSUED ON THE BASIS OF:    X Order of Court<br>☐ Indictment    ☐ Information    ☐ Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

| DESCRIPTION OF CHARGES |
|---|
| Failure to comply with conditions of bail |

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>3148 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY<br>DOUGLAS F. EATON | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>Douglas F. Eaton | DATE ORDERED<br>DEC. 6, 2007 |
| CLERK OF COURT<br>J. MICHAEL McMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.