UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     MISDEMEANOR INFORMATION

  - v. -                          :     08 Cr. ___

ANEURY LUNA AMPARO,                      **08 CRIM   405**
  a/k/a "Luis Rodriguez,"
  a/k/a "Aneuris Luna Amparo,"   :

        Defendant.   :

- - - - - - - - - - - - - - - - x

## COUNT ONE

    The United States Attorney charges:

    On or about February 29, 2008, and continuing thereafter, in the Southern District of New York and elsewhere, ANEURY LUNA AMPARO, a/k/a "Luis Rodriguez," a/k/a "Aneuris Luna Amparo," the defendant, having been released on bail in connection with a charge of a misdemeanor, unlawfully, willfully and knowingly did fail to appear before a court as required by the conditions of his release, to wit, ANEURY LUNA AMPARO, a/k/a "Luis Rodriguez," a/k/a "Aneuris Luna Amparo," failed to appear before United States Magistrate Court Judge Douglas F. Eaton on February 29, 2008, for his sentencing in the matter of United States v. Aneury Luna Amparo, 07 Cr. 1020 (DFE), or at any time thereafter.

    (Title 18, United States Code, Sections 3146(a)(1)
        and (b)(1)(A)(iv).)

*Michael J. Garcia*

MICHAEL J. GARCIA
United States Attorney