UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,  :  **ORDER AND JUDGMENT OF FORFEITURE OF BAIL**

- v -  :

ANEURY LUNA AMPARO,  07 Cr. 1020 (DFE)
  a/k/a "Luis Rodriguez,"
  a/k/a "Aneuris Luna Amparo,"  :

       Defendant.  :

- - - - - - - - - - - - - - - - - -x

    This cause having been heard on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, by Amie N. Ely, Assistant United States Attorney,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bail securing the release of defendant ANEURY LUNA AMPARO, a/k/a "Luis Rodriguez," a/k/a "Aneuris Luna Amparo," be forfeited and that the United States of America have and recover judgment against defendant ANEURY LUNA AMPARO, a/k/a "Luis Rodriguez," a/k/a "Aneuris Luna Amparo," and surety Jelin Nunez, a/k/a Jelin Clara Elena Almonte, jointly and severally, in the sum of $25,000 and that the United States have execution therefor.

Dated:    New York, New York
         June 10, 2008

                              _____
                              The Honorable Douglas F. Eaton
                              United States Magistrate Judge

JUDGMENT ENTERED:

_____
Clerk of the Court
Southern District of New York